

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00044-CV

| | | |
|---|---|---|
| Rayford F. Perry | § | From the 89th District Court |
| v. | § | of Wichita County (181,533-C) |
| | § | June 9, 2016 |
| Steven Swift, Brad Livingston, Jessi Keith, and Goldie Jacques | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Sue Walker_____
      Justice Sue Walker